# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK, N.A., AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST,

Appellant,

vs.

NEGRIL, LLC,

Respondent.

No. 70405

FILED

APR 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

Cherry , C.J.

cc:  Hon. Linda Marie Bell, District Judge
Robert Saint-Aubin, Settlement Judge
Wright, Finlay & Zak, LLP/Las Vegas
The Wright Law Group
Eighth District Court Clerk

---

[1]Any additional relief regarding the lis pendens is appropriately sought in the district court.

17-12882